**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Pedro Gonzalez Jr. as Administrator for the Estate of Pedro Gonzalez III,

Plaintiff(s),

v.

City of Chicago et al,

Defendant(s).

Case No. 11-cv-08356
Judge Jeffrey T. Gilbert

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Eric Olson, Jason Motyka and the City of Chicago.
and against plaintiff(s) Pedro Gonzalez Jr. as Administrator for the Estate of Pedro Gonzalez III.
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Jeffrey T. Gilbert presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☐ decided by Judge on a motion .

Date: 9/28/2015

Thomas G. Bruton, Clerk of Court

Brenda Rinozzi , Deputy Clerk